IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DAVID LEE FOWLER,

    Plaintiff,

vs.                                                  4:08-CV145-SPM/WCS

JAMES DONALDSON, et al.,

    Defendants.

_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION
AND TRANSFERRING CASE**

THIS CAUSE comes before the Court upon the Magistrate Judge's Report and Recommendation (doc. 3). The parties have been furnished a copy and have been afforded an opportunity to file objections. No objections have been filed.

Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the Report and Recommendation should be adopted.

Accordingly, it is

ORDERED AND ADJUDGED as follows:

1.     The Magistrate Judge's Report and Recommendation (doc. 3) is adopted and incorporated by reference in this order.

2.     This case is hereby *transferred* to the United States District Court

for the Middle District of Georgia, Albany Division, for all further proceedings.

3. The clerk is directed to immediately take all steps necessary to effectuate the transfer.

DONE AND ORDERED this <u>fourteenth</u> day of July, 2008.

<u>  s/ Stephan P. Mickle  </u>
Stephan P. Mickle
United States District Judge